IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Joseph Valesh, *On behalf of himself and those similarly situated*, Plaintiff, v. Bajco International, LLC, *et al* Defendants. | Case No. 4:20-cv-00028 Judge Damon R. Leichty Magistrate Judge Joshua P. Kolar |

NOTICE OF CONSENTS TO JOIN

The following plaintiff is hereby joined to the instant action by the filing of their signed consent to join form, a true copy of which is attached hereto as Exhibit A.

1. Raymond Gonzalez

>Respectfully submitted,
>
>/s/ Nathan Spencer
>Andrew P. Kimble
>Nathan B. Spencer
>BILLER & KIMBLE, LLC
>8044 Montgomery Rd., Ste. 515
>Cincinnati, OH 45236
>Telephone: (513) 715-8711
>Facsimile: (614) 340-4620
>*akimble@billerkimble.com*
>*nspencer@billerkimble.com*
>
>Patrick I. Jones (32646-49)
>Email: pjones@witheredlaw.com
>WITHERED BURNS & WILLIAMS, LLP

1

8 North Third Street, Suite 401
P.O. Box 499
Lafayette, IN 47902-0499
Telephone: (765) 742-1988
Fax No.: (765) 742-8774

*Counsel for Plaintiff*

## Certificate of Service

Plaintiff certifies that a copy of the foregoing will be automatically served on all parties via the Court's ECF system.

>     */s/ Nathan B. Spencer*
>     Nathan B. Spencer