# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JOSEPH VALESH
*On behalf of himself and those similarly situated*

        Plaintiff

v.

**Civil Action No.  4:20-cv-28**

BAJCO INTERNATIONAL LLC; BAJCO LLC; BAJCO MICHIANA III LLC;
BAJCO GLOBAL MANAGEMENT LLC; BAJCO GLOBAL MANAGEMENT II LLC;
BAJCO 100 LLC; BAJCO NORTH LLC; BAJCO EAST LLC; BAJCO CENTRAL LLC;
BAJCO FLORIDA LLC; BAJCO ILLINOIS LLC; BAJCO MICHIANA LLC;
BAJCO MICHIANA II LLC; BAJCO MICHIANA IV LLC; BAJCO NEW YORK LLC;
BAJCO OHIO LLC; BAJCO PHILADELPHIA LLC; BAJCO WILLIAMSPORT LLC;
BAJCO WISCONSIN LLC; BETCO 36 BAJCO VENTURE LLC;
NADEEM BAJWA; and FAISAL BAJWA

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_  Other:  This case is DISMISSED WITHOUT PREJUDICE under Rule 12(b)(3).

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_  decided by Judge Damon R. Leichty.

DATE: 10/19/2021                    GARY T. BELL, CLERK OF COURT

                                          by   s/ B. Scheumann_____
                                          *Signature of Clerk or Deputy Clerk*